1 | STEPHEN F. HENRY (SBN #142336)
2 | 2625 Alcatraz Avenue, #615
  | Berkeley, California 94705
  | Telephone: (510) 898-1883
3 | Facsimile (510) 295-2516
  | shenry@SHenrylaw.com
4 |
5 | Attorney for Plaintiff
  | LAWRENCE HELPHAND

6 | JACKSON LEWIS LLP
  | ROBERT J. SCHNACK (SBN 191987)
7 | RANDALL J. HAKES (SBN 233548)
  | 801 K Street, Suite 2300
8 | Sacramento, California  95814
  | Telephone:    (916) 341-0404
9 | Facsimile:    (916) 341-0141
  | schnackr@jacksonlewis.com
10 | hakesr@jacksonlewis.com

11 | Attorneys for Defendant
   | CH2M HILL, INC.
12 |

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| LAWRENCE HELPHAND, an individual | Case No.  2:09-cv-01789-JAM-KJM |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE;  ORDER** |
| v. | |
| CH2M HILL, INC., a corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed:    June 2, 2009<br>Trial Date:             November 1, 2010 |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Plaintiff LAWRENCE HELPHAND and Defendant CH2M HILL, INC., by and through their respective attorneys of record, hereby stipulate to dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED.

Date:  September __, 2009				STEPHEN F. HENRY, ESQ.


						By:_____
						   Stephen F. Henry

						Attorneys for Plaintiff
						LAWRENCE HELPHAND


Date:  September __, 2009				JACKSON LEWIS LLP


						By:_____
						   Robert J. Schnack
						   Randall J. Hakes

						Attorneys for Defendant
						CH2M HILL, INC.


## **ORDER**

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that this action is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO ORDERED.

Date:  September 15, 2009				/s/ John A. Mendez_____
						HON. JOHN A. MENDEZ

2

Stipulated Dismissal With Prejudice; Proposed Order

*Helphand v. CH2M Hill, Inc., et al.*
Case No. 2:09-cv-01789-JAM-KJM

PDF created with pdfFactory trial version www.pdffactory.com